UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| In re Attorney Admissions Request by Kevin MacNamara, | No. 2:24-mc-00269-KJM<br><br>ORDER |
|---|---|

Attorney Kevin MacNamara has sought admission to practice within this District. The court referred the request for admission to the undersigned.

The court takes judicial notice of the proceedings in Case No. 2:19-cr-00107-KJM, in which the government alleges Mr. MacNamara conspired with others to participate in a racketeering enterprise in violation of 18 U.S.C. § 1962(d). *See* Indictment, ECF No. 25. The case is pending. *See* Stip. & Order, ECF No. 1811 (setting status conference following codefendants' trial); Mins., ECF No. 2381 (status conference minutes setting further status conference and motion hearing for Sept. 23, 2024).

In light of the proceedings in Case No. 2:19-cr-00107-KJM, Mr. MacNamara is **ordered to show cause within fourteen days** why his request for admission to practice in this district should not be denied or stayed pending the resolution of the charges in Case No. 2:19-cr-00107-KJM.

IT IS SO ORDERED.

DATED: August 19, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE