UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Attorney Admissions Request by Kevin MacNamara, | No. 2:24-mc-00269-TLN<br><br>ORDER |

Attorney Kevin MacNamara has sought admission to practice within this District. The Court referred the request for admission to the undersigned. On August 19, 2024, the Court ordered MacNamara to show cause within fourteen days why his request for admission should not be denied or stayed pending the resolution of the charges in Case No. 2:19-cr-00107-KJM. No response was filed. The Court also takes judicial notice of recent filings in that action, in which counsel for MacNamara states that he is in hospice care and is not expected to survive. *See* Status Mem., *United States v. MacNamara*, No. 2:19-cr-00107-KJM (Sept. 23, 2024), ECF No. 2448. The application for admission to practice is therefore **DENIED**. The Clerk's Office is instructed to **close this case**.

   IT IS SO ORDERED.

 DATED: October 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

1